FORM B9I (Chapter 13 Case) (12/12) (INNB 03/13)                                              Case Number **14–20455–kl**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 2/27/14. You may be a creditor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Debtor(s):<br>**Arthur Anthony Flores**<br>aka Tony Flores<br>8701 Madison Street<br>Merrillville, IN 46410 | Case Number:  **14–20455–kl** |
|---|---|
| | Social Security or Taxpayer–ID (ITIN) No(s):<br>xxx–xx–5483 |
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names): | Bankruptcy Trustee assigned by U.S. Trustee:<br>Paul R. Chael<br>401 West 84th Drive<br>Suite C<br>Merrillville, IN 46410<br>Telephone number:  219–650–4015 |
| Attorney for Debtor(s):<br>David Dabertin(KD)<br>Dabertin Law Office<br>5246 Hohman Avenue, Suite 302<br>Hammond, IN 46320<br>Telephone number:  (219)937–1719 | |

## Meeting of Creditors

Date: **March 27, 2014**          Location: 401 West 84th Drive, Suite B, Merrillville, IN 46410

Time: **09:00 AM**

*The Debtor(s) must attend the meeting to be questioned under oath.* **Professional dress, photo ID and proof of SSN are required.** *Creditors are welcome to attend.*

Debtor(s) needing a no cost telephone translation service should contact the trustee for more information.

## Deadlines

Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Proof of Claim:** 6/25/14 (For a governmental unit, except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1): 8/26/14 )

**Motion for Allowance of § 503(b)(9) Administrative Claims:** 6/25/14

**Objection to Debtor's Discharge or Challenge to Dischargeability of Certain Debts:** 5/27/14

**Objection to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

| **Address of the Bankruptcy Clerk's Office:**<br>5400 Federal Plaza<br>Suite 2200<br>Hammond, IN 46320<br><br>Telephone number:  219–852–3480<br>Hours:  Monday – Friday 9:00 AM – 4:00 PM | **For the Court:**<br><br>Christopher M. DeToro<br>Clerk of the Bankruptcy Court<br>Date:  2/28/14 |
|---|---|

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights.